UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-cv-00972-SPC-NPM

DANIEL KERINUK, III,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.09

Plaintiff, DANIEL KERINUK, III, by and through the undersigned counsel, hereby files this Notice of Settlement Pursuant to Local Rule 3.09 and advises the Court that the parties to the above-captioned matter have reached a settlement. The parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

    Respectfully submitted,

    **MERLIN LAW GROUP, PLLC**

    /s/ *Ashley N. Harris*
    WILLIAM C. HARRIS, ESQ.
    Florida Bar No.: 0069023
    ASHLEY N. HARRIS, ESQ.
    Florida Bar No.: 105576
    777 S. Harbour Island Blvd.,

Suite 950  
Tampa, Florida 33602  
Tel.: (813) 229-1000  
charris@merlinlawgroup.com  
aharris@merlinlawgroup.com  
harrispleadings@merlinlawgroup.com  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF and served via electronic transmittal to **John Unzicker, Esquire,** NIELSEN & TREAS, LLC, junzicker@nt-lawfirm.com, *Counsel for Defendant*, on this 3rd day of April, 2024.

***/s/ Ashley N. Harris***